*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  January 28, 2016                    107132
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                    Respondent,

            v                              MEMORANDUM AND ORDER

TIGE SMITH JR.,
                    Appellant.
_____

Calendar Date:  December 8, 2015

Before:  Peters, P.J., Garry, Egan Jr. and Lynch, JJ.

_____

        Susan Patnode, Rural Law Center of New York, Albany (Kelly
L. Egan of counsel), for appellant.

        Alexander Lesyk, Special Prosecutor, Norwood, for
respondent.

_____

        Appeal from a judgment of the County Court of St. Lawrence
County (Richards, J.), rendered August 18, 2014, convicting
defendant upon his plea of guilty of the crime of criminal
possession of a controlled substance in the third degree.

        Defendant was sentenced to a prison term of five years and
two years of postrelease supervision following his plea of guilty
to criminal sale of a controlled substance in the third degree.
His sole contention on appeal is that the sentence imposed is
harsh and excessive.  We disagree.  County Court made no sentence
commitment and imposed a prison term that was less than the
maximum permitted by statute (see Penal Law § 70.70 [2] [a] [i]).
Notably, while this matter was pending, defendant absconded and
was twice arrested and convicted upon a charge of assault in the
third degree.  Further, a review of the presentence investigation

report reflects defendant's extensive drug-related history.  We find no abuse of discretion or extraordinary circumstances warranting modification of the sentence in the interest of justice (see People v Lasanta, 89 AD3d 1324 [2011]; People v Velazquez, 67 AD3d 1124, 1124 [2009], lv denied 14 NY3d 894 [2010]; People v Williams, 65 AD3d 1423, 1424 [2009]).

Peters, P.J., Garry, Egan Jr. and Lynch, JJ., concur.


ORDERED that the judgment is affirmed.




ENTER:



Robert D. Mayberger
Clerk of the Court